UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment ofORDER
Civil Case to the Honorable Mae A. D'AgostinoOF REASSIGNMENT

_____

**ORDERED** that the following case has been reassigned to the Honorable Mae A. D'Agostino, U.S. District Judge.  It will remain assigned to the Honorable Daniel J. Stewart, U.S. Magistrate Judge.

| <u>Case Number</u> | <u>Caption</u> |
|---|---|
| 1:18-cv-1446 (LEK/DJS) | Ellazar Williams v. Olsen, et al |

**IT IS SO ORDERED.**

Dated: November 8, 2023
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge